## ERVING.

*Where in the warrant for a town-meeting on the second Monday of November, the subject of a choice of representative is wholly omitted, this is a sufficient cause for calling a meeting for the choice of representative on the fourth Monday.*

In this case, the petitioners set forth as the grounds of their case :—

" First, because no meeting of the inhabitants was called on the second Monday of November, as is provided in the constitution : and

Second, because the meeting, at which the member returned was elected, was held on the fourth Monday of November and was the first meeting for that purpose."

The committee, on inspecting the evidence offered to them, found, that from some reason, in the warrant calling the meeting of the fourteenth of November, no mention was made of

[1] 65 J. H. 376, 386.

the choice of representative, the subject being wholly omitted. There was no evidence produced to invalidate the proceedings of the twenty-eighth, at which time, there was an election of the sitting member as appears by his certificate.

The committee reported, that the petitioners have leave to withdraw :—and this report was agreed to.[1]

---

#### CHILMARK, BOLTON, NORTHBOROUGH, GOSHEN.

[In these cases, the petitioners severally offered no evidence in support of their respective allegations,—and had leave to withdraw.]

---

#### LOWELL.

[In this case, the petitioners, neglecting to appear, had leave to withdraw.]

---

#### MILTON.

[In this case, the allegation was a neglect to use the check list, and this allegation being disproved, the petitioners had leave to withdraw.]

[1] 65 J. H. 165, 228.